UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RECEIVED DEC 23 2019 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK**

| | |
|---|---|
| **Patriot Response Group, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v ) | |
| ) | |
| **Aptim Environmental & Infrastructure, LLC,** ) | |
| ) | |
| **Domingo Camarano,** ) | |
| ) | |
| **Jonathon Hunt, and** ) | |
| ) | |
| **Lissa Metoyer** ) | |
| ) | |
| *Defendants* ) | |

**MOTION FOR WAIVER AND HARDSHIP REQUEST
FOR OUT OF STATE COUNSEL TO APPEAR
WITHOUT JOINDER OF LOCAL COUNSEL**

In accordance with the local rules for the United States District Court, Middle District of Louisiana, application is made to be admitted to the bar of this court to appear on behalf of Patriot Response Group, LLC, to appear without joinder of local counsel, in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Middle District of Georgia. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $47.00 is made by check for a miscellaneous filing.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Middle District of Louisiana, Out of State Counsel herein certifies that he:
- Does not reside in Louisiana
- Is not regularly employed in Louisiana
- Is not regularly engaged in business or professional activities in Louisiana
- I authorize the Clerk of Court for the Middle District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lamd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____ 12/19/19
David A. Rose
GA 614180
ROSE CONSULTING LAW FIRM
P.O. Box 2186
2409 Bemiss Road
Valdosta, Georgia 31604
Telephone: (678) 854-0222
Telefax: (678) 999-8532
drose@roseconsultingllc.org

2