UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Patriot Response Group, LLC | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. |
| v | ) |
| | ) |
| Aptim Environmental & Infrastructure, LLC, | ) |
| | ) |
| Domingo Camarano, | ) |
| | ) |
| Jonathon Hunt, and | ) |
| | ) |
| Lissa Metoyer | ) |
| | ) |
| *Defendants* | ) |

**ORDER**

IT IS ORDERED that David A. Rose is GRANTED the requested waiver and can appear in this court on behalf of Patriot Response Group, LLC, without joinder of local counsel

ORDERED on this, the _____ day of _____, 20__.

_____
U.S. District Court Judge

3